DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AMAURY DERELY,

Appellant,

v.

INNOCENZO GAGLIARDI and ANNE GAGLIARDI,

Appellees.

No. 2D2023-1122

_____

April 19, 2024

Appeal from the Circuit Court for Sarasota County; Hunter Carroll, Judge.

Jane W. Muir of J. Muir & Associates, Coral Gables, for Appellant.

Caroleen B. Brej, David A. Wallace, and Brian Goodrich of Bentley Goodrich Kison P.A., Sarasota, for Appellees.


PER CURIAM.

 Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.